IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr380-MHT |
| | ) | (WO) |
| ALPHONSO KENDRICK PUGH | ) | |

ORDER

In accordance with the provisions in the judgment of conviction, it is ORDERED that the United States Probation Office is to arrange for defendant Alphonso Kendrick Pugh to receive a mental-health evaluation, and for a resulting report to be filed with the court, within 30 days of his release. Among other issues, the report is to address his strengths and deficits, including any cognitive deficits or intellectual disabilities, as well as whether defendant Pugh is suffering from any mental disorder or disease. The report shall set forth what mental-health treatment defendant Pugh should receive while on supervised

release, including, with regard to any cognitive limitations, the extent to which further educational or vocational programs may be of assistance, and the extent to which defendant Pugh may have to learn to cope with those limitations in social interactions. The report shall also make any recommendations about what can be done to wean him from his affinity for guns, and shall address the extent to which defendant Pugh's lack of formal education and/or cognitive deficits may contribute to his desire to carry a gun (for instance, as an attempt to compensate for or balance his perceived status with others in social interactions).

Also, the court now is of the opinion that defendant Pugh needs help in developing skills to deal with his apparent mental limitations. Accordingly, in the meantime and upon his release from prison, it is further ORDERED that the United States Probation Office is to arrange for defendant Pugh to receive

mental-health counseling at least twice monthly, until further order of the court.

DONE, this the 6th day of April, 2018.

                                   /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**